# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SINGH, et al.,<br><br>　　　　　　Defendants. | 1:23-cv-00820-GSA PC<br><br>**ORDER FOR PLAINTIFF TO SUBMIT A COMPLAINT ON THE COURT'S FORM**<br><br>**AND**<br><br>**ORDER TO PAY THE $420.00 FILING FEE FOR THIS CASE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**DEADLINE: <u>JUNE 30, 2023</u>** |

　　　　On May 22, 2023, Lafonzo R. Turner, a state prisoner proceeding *pro se*, filed a Motion for Preliminary Injunction and Temporary Restraining Order. (ECF No. 1.) Plaintiff has not filed a Complaint, paid the filing fee for this case, or submitted an application to proceed *in forma pauperis*. Plaintiff shall be required to file a Complaint on the Court's form and resolve payment of the filing fee before this case can proceed.

　　　　Therefore, **on or before June 30, 2023**, Plaintiff must file a Complaint on the Court's form and either pay the $420.00 filing fee for this case or submit a completed application to proceed *in forma pauperis*.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The Clerk shall send to Plaintiff a form Complaint and an application to proceed *in forma pauperis*;

2. **On or before June 30, 2023**, Plaintiff is required to:

    (1) File a Complaint for this action on the Court's form, and

    (2) Pay the $420.00 filing fee for this case or submit a completed application to proceed *in forma pauperis*; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed in its entirety.

IT IS SO ORDERED.

Dated:   **May 26, 2023**              **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE